HARRISON LAW AND MEDIATION
Susan L. Harrison (SBN: 105779)
500 Silver Spur Road, Suite 205
Rancho Palos Verdes, CA 90275
Telephone: (310) 541-6400
Facsimile:  (310) 541-6405

LESLIE COHEN LAW
Leslie A. Cohen (SBN: 93698)
506 Santa Monica Bl., Suite 200
Santa Monica, CA  90402
Telephone: (310) 394-5900
Facsimile:  (310) 394-9280


Attorneys for Plaintiffs PETER ADDERTON,
FRED GOLDRING and WONDERLAND
PARTNERS LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>WONDERLAND ENCHANTED BAKERY AT THE GROVE, INC.<br><br>Debtor<br>_____<br><br>PETER ADDERTON, an individual, FRED GOLDRING, an individual; and WONDERLAND PARTNERS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>WONDERLAND BAKERY, INC., a Nevada corporation; WONDERLAND ENCHANTED BAKERY AT THE GROVE, INC., a Nevada corporation; SONDRA AMES, an individual; ALLYSON AMES, an individual; and Does 1 through 20, inclusive,<br><br>Defendants.<br>_____ | CASE NO. 2:11-bk-13330 ER<br><br>CHAPTER 7<br><br>ADVERSARY NO.: 2:11-ap-02103 ER<br><br>**AMENDED PROOF OF SERVICE FOR COMPLAINT; SUMMONS AND NOTICE OF STATUS CONFERENCE; AND NOTICE OF REQUIREMENT OF COMPLIANCE** |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
500 Silver Spur Road, Suite 205, Rancho Palos Verdes, CA 90275

A true and correct copy of the foregoing document described as Complaint, Summons and Notice of Status Conference, Notice of Requirement of Compliance with Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1

~~will be served or~~ was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 4/25/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Wonderland Enchanted Bakery At The Grove, Inc., 3535 E. Pacific Coast Highway #134, Corona del Mar, CA 92625

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/23/11, I served the following person(s) and/or entity(ies) by personal delivery, ~~or (for those who consented in writing to such service method), by facsimile transmission and/or email~~ as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/27/11 | Heidi Rajkai Herich | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9013-3.1.PROOF.SERVICE**

1. Sondra Ames, by personal delivery to her, in her individual capacity, at 1314 Bison Ave., Newport Beach, CA 92660 at 10:04 a.m. on April 23, 2011, as described in the attached Declaration of messenger Brian Foraker;
2. Wonderland Bakery, Inc., via personal delivery to Sondra Ames as the agent for service of process of the corporation, at 1314 Bison Ave., Newport Beach, CA 92660 at 12:05 p.m. on April 23, 2011, as described in the attached Declaration of messenger Brian Foraker; and
3. Allyson Ames, via personal delivery to Sondra Ames on her behalf after multiple attempts to serve Allyson Ames personally as described in the attached Declaration of messenger Brian Foraker, at 1314 Bison Ave., Newport Beach, CA 92660 at 12:05 p.m. on April 23, 2011.

## DECLARATION OF BRIAN FORAKER

I, Brian Foraker, declare and state as follows:

1. I am a citizen of the United States over the age of eighteen (18) years. My business address is 904 Silver Spur Road, Rolling Hills Estates, CA. I am not a party to the within action. The facts set forth below are of my own personal knowledge and if called as a witness, I could and would competently testify thereto.

2. At the request of the offices of Harrison Law and Mediation, I personally served Sondra Ames with copies of the filed Complaint, Summons and Notice of Compliance at her place of business at 1314 Bison Avenue, Newport Beach, CA 92660 on April 23, 2011, at 10.04 a.m., on her own behalf and on behalf of Wonderland Bakery, Inc.

3. At the request of the offices of Harrison Law and Mediation, I made various attempts to personally serve Allyson Ames at her place of business at 1314 Bison Avenue, Newport Beach, CA 92660 with copies of the filed Complaint, Summons and Notice of Compliance. On my first attempt (April 22, approximately 5.30 p.m.) and second attempt (April 23, 10.00 a.m.) I was told that Allyson Ames was not available. I returned again to the same address at 12:05 p.m. that day and was told by Sondra Ames that Allyson Ames was not there. I observed that Sondra was over eighteen (18) and handed her the documents being served on Allyson Ames.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27 day of April, 2011 at Rancho Palos Verdes, California.

_____
Brian Foraker